**No. 65826.**—Latama Cutlery, Inc. *v.* United States, protest 60/29083 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of Abstract 60247, the claim of the plaintiff was sustained.

**No. 65827.**—Don O. Thayer, Inc. *v.* United States, protest 60/18209 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of enlarger heads the same as those the subject of Abstract 61579, the claim of the plaintiff was sustained.